UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 15 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN H. TODD,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>GALE A. MCMAHON; et al.,<br><br>   Defendants - Appellees. | No. 22-36013<br><br>D.C. No. 1:15-cv-01091-MC<br>U.S. District Court for Oregon, Medford<br><br>**MANDATE** |

The judgment of this Court, entered April 21, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

            FOR THE COURT:

            MOLLY C. DWYER
            CLERK OF COURT